# United States District Court

Southern **DISTRICT OF** California

FILED
2008 FEB -8 AM 10: 54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)
Express Mail EE440121419GB addressed to Alin David, 415 Laurel Street Box NO 447, San Diego, CA 92101, USA

## SEARCH WARRANT

CASE NUMBER: '08 MJ 0357

TO: P. G. Garn, Postal Inspector _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn _____ who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern _____ District of California _____ there is now concealed a certain person or property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 2/17/2008
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Ruben Brooks _____
                                                                                                      U. S. Judge or Magistrate
as required by law.

2/8/2008 at 10:10 a.m. _____   at   San Diego, California _____
Date and Time Issued                      City and State

**RUBEN B. BROOKS**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer          Signature of Judicial Office

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Feb 7, 2007 | Feb 7, 2007 apprx. 1200 hrs | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

Sgt. David Williams and Postal Inspector P.G. Gavn

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EE440121419GB

To Alin David
415 Laurel Street Box No 447
San Diego CA 92101

From Mail Boxes
PO 52515
176 Station Road
Harrow HA1 2RH
United Kingdom

containing: - news paper packing
- bundles of Khat
approx weight of parcel 11.8 lbs
PG

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

P G Gav

Subscribed, sworn to, and returned before me this date.

_____    2/8/2008
U.S. Judge or Magistrate             Date